# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00545-CV

**Sajjad Hussain, Appellant**

**v.**

**Tariq "Sam" Majeed and Muhammad Naeem d/b/a Corner Quick Stop, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-01-001209, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Sajjad Hussain filed his notice of appeal on August 1, 2013.  On February 28, 2014, the clerk of this Court notified appellant that his brief was overdue and that his appeal was subject to dismissal for want of prosecution unless he filed his brief or responded to this notice by March 10, 2014.  To date, appellant has neither filed his brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   April 10, 2014